# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNLIGHT TRADING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. _____ |

## NOTICE OF REMOVAL OF DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY

Pursuant to 28 U.S.C. §§ 1441, and 1446, defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide"), hereby files this notice of removal of the above-entitled civil action, now pending in the Superior Court for the District of Columbia, bearing Case No.: 2018 CA 008297 B, to the United States District Court for the District of Columbia. In support of removal, Nationwide states as follows:

### Facts Giving Rise to Jurisdiction

1. Plaintiff commenced this declaratory judgment and breach of contract action in the Superior Court for the District of Columbia against Defendant Nationwide seeking a declaratory judgment that plaintiff's insurance claim for damages to its property occurring on or about June 24, 2016 is covered by the insurance policy at issue, as well as damages in an amount to be determined at trial resulting from a breach of said policy. (Ex. 1, Compl.).

2. Plaintiff claims the amount in controversy is greater than $100,000. (Ex. 1, Compl.).

840005v.1

3. Plaintiff Sunlight Trading LLC is a limited liability company organized under the laws of the District of Columbia. (Ex. 1, Compl.)

4. Defendant Nationwide is a corporation organized under the laws of Ohio, with its principal place of business in Ohio. (Ex. 1, Compl.)

## Legal Basis for Jurisdiction

5. Removal of this action is proper under 28 U.S.C. § 1332, as there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

6. Nationwide was first served in this action on January 3rd, 2019. This Notice of Removal is thus timely filed pursuant to 28 U.S.C. § 1446(b).

7. As required by 28 U.S.C. § 1446(b), true and correct copies of the process and pleadings served upon Nationwide are being filed with this notice of removal.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being served on all parties and filed with the Superior Court for the District of Columbia.

**WHEREFORE**, defendant Nationwide Mutual Insurance Company pray that this action proceeds in this Court as an action properly removed thereto.

Dated: January 23, 2019

Respectfully Submitted,

**NATIONWIDE MUTUAL INSURANCE COMPANY**

By counsel,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*/s/ Elizabeth Sandza*
Elizabeth Sandza (DC Bar # 415283)
700 11th Street, N.W., Suite 400
Washington, DC 20001

(202) 626-7660
Elizabeth.Sandza@WilsonElser.com
*Counsel for Nationwide Mutual Insurance Company*

840005v.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the forgoing was served CM/ECF on all counsel of record.

I HEREBY FURTHER CERTIFY that a true and accurate copy of the forgoing was served via U.S. mail, postage pre-paid, on this 23rd day of January 2019, to:

>   Philip M. Musolino (DC Bar No. 294652)
>   Musolino & Dessel, PLLC
>   Suite 440
>   1615 L Street, N.W.
>   Washington, D.C.
>   (202) 466-3883 (t)
>   pmusolino@musolinoanddessel.com

>   */s/ Elizabeth Sandza*
>   Elizabeth Sandza (DC Bar # 415283)
>   700 11th Street, N.W., Suite 400
>   Washington, DC 20001
>   (202) 626-7660
>   Elizabeth.Sandza@WilsonElser.com
>
>   ***Counsel for Nationwide Mutual Insurance Company***

840005v.1